■ WILLIAM E. WINNEWISSER, Doing Business as ACCOUNTING AND COMPUTER PERSONNEL, Respondent, v B. MILLIGAN

CONTRACTING, INC., Appellant. (Appeal No. 2.) [649 NYS2d 901] —Appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Set Aside Verdict.) Present—Lawton, J. P., Fallon, Wesley, Balio and Davis, JJ.